1014

[No. 29487-1-III.   Division Three.   August 21, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR ALONSO ARROYOS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 10-1-50273-3, Bruce A. Spanner, J., entered November 10, 2010. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Brown, JJ.

[No. 29774-8-III.   Division Three.   August 21, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL R. SHAFER, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 09-1-00127-0, David Frazier, J. Pro Tem., entered February 17, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30029-3-III.   Division Three.   August 21, 2012.]

*In the Matter of the Marriage of* MELISSA MCCARTHY, *Respondent*, and SEAN MCCARTHY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-3-01047-3, James M. Triplet, J., entered May 25, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30502-3-III.   Division Three.   August 21, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH SCOTT HAWKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00577-5, John A. McCarthy, J., entered September 3, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Sweeney, J.